1   Arthur K. Cunningham, SB# 97506
    Rosemary Koo, SB# 250927
2   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Email: akcatty@lbbslaw.com, koo@lbbslaw.com
3   650 East Hospitality Lane, Suite 600
    San Bernardino, California 92408
4   Telephone:  (909) 387-1130
    Facsimile:   (909) 387-1138

5

6   Attorneys for Defendants,
    COUNTY OF RIVERSIDE and
7   DEPUTY CINNAMON BELL

NO JS-6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KARL RAY MASEK, | CASE NO. CV 06-01023 GW (MLGx) |
| Plaintiff, | |
| v. | **JUDGMENT FOR COUNTY OF RIVERSIDE** |
| COUNTY OF RIVERSIDE, SHERIFF CINNAMON BELL, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The motion for summary judgment by Defendant COUNTY OF RIVERSIDE came on for hearing on February 1, 2010, before the Honorable George Wu.

Upon consideration of the admissible evidence submitted in support of and in opposition to the motion, and all other matters properly before the Court, the Court founds that there is no genuine issue as to a material fact with regard to plaintiffs' 42 U.S.C. § 1983 claims herein, and defendant COUNTY OF RIVERSIDE is entitled to judgment as a matter of law, as enumerated in the court's order dated February 1, 2010 (Document 83).

**THEREFORE, IT IS ADJUDGED AND DECREED:**

Wherefore the court has ordered that the defendant COUNTY OF RIVERSIDE's Motion for Summary Judgment be granted in its entirety,

1  JUDGMENT is hereby entered in favor of defendant COUNTY OF RIVERSIDE and against plaintiff KARL RAY MASEK. As such, defendant COUNTY OF RIVERSIDE is entitled to its costs of suit as permitted by law. Plaintiff shall take nothing by reason of his complaint.

**IT IS SO ADJUDGED AND DECREED.**

DATED: May 5, 2010                     _____

Honorable George H. Wu
United States District Court Judge