ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: akcatty@lbbslaw.com
STEPHANIE J. TANADA, SB# 257769
  E-Mail: tanada@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California  92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant,
CINNAMON BELL

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KARL RAY MASEK,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE,<br>Deputy CINNAMON BELL,<br><br>       Defendant. | Case No. EDCV 06-1023-GW(MLGx)<br><br>**JUDGMENT FOLLOWING JURY VERDICT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The jury trial on the merits in the above captioned matter commenced February 8, 2011 before United States District Judge George H. Wu.  All parties were represented by counsel.

LEWIS
BRISBOIS
BISGAARD

4838-4243-5848.1

1    Following the introduction of evidence through witnesses and exhibits, the

2 jury was instructed, deliberated, and returned a verdict as follows:

3    "**Question number one:**  On November 22, 2005, did Deputy Cinnamon Bell

4    unlawfully detain Karl Ray Masek?

5    Answer: No

6    **Question number two:**  On November 22, 2005, did Deputy Cinnamon Bell

7    unlawfully search Karl Ray Masek?

8    **Answer:** No

9    **Question number three:**  On November 22, 2005, did Deputy Cinnamon

10   Bell use excessive force on Karl Ray Masek?

11   **Answer:** No

12   **Question number four:**  On November 22, 2005, did Deputy Cinnamon Bell

13   unlawfully detain Karl Ray Masek?

14   **Answer:** No"

15

16    **WHEREFORE, IT IS ADJUDGED AND DECREED** that Defendant

17 CINNAMON BELL shall have judgment entered in her favor, and that Plaintiff

18 KARL RAY MASEK shall take nothing by reason of his complaint herein.

19

20    **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

21

22 Date: February 22, 2011    _____

23                                                    Hon. George H. Wu
                                                     United States District Judge

24

25

26

27

28   4838-4243-5848.1 4838-4243-
     5848.1 C:\DOCUME~1\smoore\LOCAL
     S~1\Temp\XPGrpWise\Masek v.
     COR - Trial - Word pleading caption.doc

2